# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GARY WILLIKY | § | |
| | § | Civil Action No. 4:18-CV-816 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| AMCOL SYSTEMS, INC. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 6, 2019, the report of the Magistrate Judge (Dkt. #16) was entered containing proposed findings of fact and recommendations that Plaintiff Gary Williky's claims be dismissed pursuant to Federal Rule of Civil Procedure 41. On February 12, 2019, Plaintiff advised the Court that he desired to non-suit his claims (Dkt. # 19).

Having received Plaintiff's notice of his desire to non-suit his case and the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff Gary Williky's claims are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

 **SIGNED this 13th day of March, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE